AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

UNITED STATES OF AMERICA,

                Plaintiff,

                v.

PRISCILLA ANN VAAGEN; NORMAN G. LEBRET; ZACHARY LEBRET; SHANNON L. WIDENER as Trustee of the LEBRET CHILDREN EDUCATION TRUST, a/k/a EDUCATION TRUST FOR LEBRET CHILDREN; WASHINGTON STATE EMPLOYMENT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-0269-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Entry of Judgment is GRANTED.

The federal tax assessments made against Defendant Priscilla Ann Vaagen for her tax years 1993, 1995, and 1997-2002 are reduced to Judgment in the amount of $155,196.70, less credits, plus additional interest and penalties accruing from March 17, 2006, until paid, pursuant to 26 USC Sections 6601, 6621, and 6622, and 28 USC Section 1961(c).

Plaintiff's claim to foreclose federal tax liens recorded against the real property located in Spokane County at 2310 North Upriver Court, Spokane, Washington 99217, is DISMISSED.

| | |
|---|---|
| July 7, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Renea Ferrante |
| | *(By) Deputy Clerk* |
| | Renea Ferrante |